UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br><br>BRENEMAN, INC., a California corporation; and JAMES G. BRENEMAN, an individual,<br><br>Defendant. | Case No. 16-cv-01640-YGR<br><br>**JUDGMENT IN FAVOR OF LABORERS TRUST FUNDS PLAINTIFFS** |

The Court having granted the unopposed motion of plaintiffs Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund For Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") for summary judgment against defendants Breneman, Inc. and James G. Breneman,

**IT IS HEREBY ADJUDICATED, ORDERED AND DECREED** plaintiffs Laborers Trust Funds are entitled to judgment as a matter of law against defendants Breneman, Inc. and James G. Breneman as follows:

**Breneman, Inc.**

**Liquidated Damages and Interest on Contributions Paid, but Paid Late:**     **$31,033.79**

**Contributions Reported, Not Paid:**

- § 1132(g)(2)(A) unpaid contributions: $236,942.26
- § 1132(g)(2)(B) interest: $39,917.68
- § 1132(g)(2)(C) interest: $39,917.68

        Sub Total: **$316,777.62**

**Contributions Not Reported, Not Paid:**
- § 1132(g)(2)(A) unpaid contributions: $1,214.78
- § 1132(g)(2)(B) interest: $564.87
- § 1132(g)(2)(C) interest: $564.87

        Sub Total: **$2,344.52**

**Attorneys' Fees and Costs:**      **$12,600.13**

        **TOTAL:** **$362,756.06**

Moreover, Laborers Trust Funds are entitled to an audit of Breneman, Inc.'s books and records for the period July 1, 2015 to the present. The Court will retain jurisdiction to enforce the order for an audit and amend the judgment to reflect any contributions and interest owed by Defendants after Plaintiffs submit an additional declaration setting forth the results of the audit and proving up their request for damages.

**James G. Breneman.**

  **Unpaid Payment Plan Contributions:**    **$113,820.39**

  **Liquidated Damages and Interest:**    **$58,096.00**

  **Attorneys' Fees and Costs:**    **$12,600.13**

        **TOTAL:** **$184,516.52**

**IT IS SO ORDERED.**

Dated: October 10, 2017

           _____
           **YVONNE GONZALEZ ROGERS**
           **UNITED STATES DISTRICT COURT JUDGE**