Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
101 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail:  ron.richman@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DISTRICT COURT

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRENEMAN, INC., a California corporation; and JAMES G. BRENEMAN, an individual, <br><br> Defendants. | Case No.:  4:16-cv-01640-YGR <br> Consolidated with 4:16-cv-01641-YGR <br><br> **REPORT & RECOMMENDATION RE: PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE** <br><br> **DATE:**      **April 3, 2018** <br> **TIME:**      **9:00 a.m.** <br> **CTRM:**     **E, 15th Floor** <br><br> **HON. ELIZABETH D. LAPORTE** |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRENEMAN, INC., a California corporation; and JAMES G. BRENEMAN, an individual, <br><br> Defendants. | |

– 1 –

REPORT & RECOMMENDATION RE: PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE

The Application for Order To Show Cause by Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund For Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") and Plaintiffs  Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund For Northern California and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds") came on regularly for hearing on April 3, 2018.

Counsel for plaintiffs Laborers Trust Funds and Cement Masons Trust Funds appeared for the hearing.  Counsel for defendants Breneman, Inc. and James G. Breneman failed to file an opposition, after having requested a continuance of the original application hearing date and extension of time to file an opposition, [Dkt. Nos. 108, 111].  Further, counsel for defendants failed to appear on April 3, 2018 for the hearing.

Pursuant to 28 U.S. C. § 636(e)(6)(B)(iii), the following facts are hereby certified to the Hon. Yvonne Gonzalez-Rogers:

- Defendants failed to appear at the Order of Examination ordered for February 20, 2018 [Dkt. Nos. 85-88]
- Defendants failed to appear at the continued Order of Examination ordered for March 6, 2018 [Dkt. Nos. 92, 93, 96, 97]
- Defendants failed to file an opposition to plaintiffs' Application for Order to Show Cause; and
- Neither Defendants nor their counsel appeared for the hearing ordered for April 3, 2018 [Dkt. No. 107] after having requested a continuance of the original application hearing date of March 20, 2018 [Dkt. No. 108].

Having considered the above facts and the papers in support of plaintiffs' Application for Order to Show Cause, no opposition having been filed, and good cause appearing therefore,

REPORT & RECOMMENDATION RE: PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE

The Court recommends that the District Judge grant Plaintiffs' application for an Order that defendants James G. Breneman and Breneman, Inc. show cause why they should not be held in contempt of court and issued a monetary sanction for failure to appear, twice, for an Order of Examination and further, failure to appear the court's April 3, 2018 hearing, and why a bench warrant should not be issued for defendant James G. Breneman's violation of two court orders to appear for examination.

IT IS SO ORDERED.

DATED:  April 9, 2018

By _____
Hon. Elizabeth D. Laporte
United States Magistrate Court Judge

4816-3742-6016.1

– 3 –

REPORT & RECOMMENDATION RE: PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE